| STATE OF LOUISIANA | * | NO. 2024-KA-0751 |
| VERSUS | * | COURT OF APPEAL |
| ALICIA WHITE | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

\* \* \* \* \* \* \*

*JCL*    **LOBRANO, J., CONCURS IN THE RESULT**